# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **Case Number: 4:25-cr-56-30** |
| MICHAEL A. WILLIAMS, ) | |
| DEFENDANT. ) | |

## ORDER ON DEFENSE COUNSEL'S MOTION FOR LEAVE

Based upon the motion of defense counsel, and for good cause shown therein, defense counsel's Motion for Leave of Absence is hereby GRANTED for the following dates:

(a) July 14th, 2026, - July 17th, 2026;
(b) July 27th, 2026 – July 31st, 2026; and
(c) August 13th, 2026 – August 14th, 2026.

So ORDERED this 8th day of _____June_____, 2026.

Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia